IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WILL PROPERTIES, INC. and 195 WWK, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:15-cv-00352-UA-JCM |
| CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER, DEFUSCO & ASSOCIATES, and CLARENCE ESTES, | § § § § § | JURY DEMAND |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice that ROBERT J. WITMEYER of the law firm of Cooper & Scully, P.C. makes his appearance on behalf of Defendant, Century Surety Company. Mr. Witmeyer will be joining R. Brent Cooper in the above matter. Robert J. Witmeyer may be contacted as follows:

> Robert J. Witmeyer
> Texas Bar No. 24091174
> Cooper & Scully, P.C.
> 900 Jackson Street, Suite 100
> Dallas, Texas 75202
> (214) 712-9500
> (214) 712-9540 *fax*
> rob.witmeyer@cooperscully.com

The undersigned respectfully requests the Court note his appearance. Counsel respectfully requests to be copied with all pleadings, discovery or other documents in this matter.

Respectfully submitted,

By: *s/*Robert J. Witmeyer
   **R. BRENT COOPER**
   Texas Bar No. 04783250
   **ROBERT J. WITMEYER**
   Texas Bar No. 24091174

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)

**ATTORNEYS FOR DEFENDANT, CENTURY SURETY COMPANY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of this instrument was served on counsel of record via ECF on this 6th day of January 2015, as set forth below:

David P. Wilson
Provost Umphrey Law Firm, LLP
490 Park Street, Suite 100
Beaumont, TX  77701
DWilson@pulfcom

Chad T. Wilson
Chad T. Wilson Law Firm, PLLC
1322 Space Park Drive, Suite A155
Houston, TX  77058
cwilson@cwilsonlaw.com

*s/*Robert J. Witmeyer
**ROBERT J. WITMEYER**