### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **WILL PROPERTIES, INC. AND 195 WWK, INC.** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. WA:15-CV-00352** |
| **CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES, CLARENCE ESTES** | § § § § § | |
| **Defendants.** | § § § | |

### JOINT MOTION FOR FINAL ORDER OF DISMISSAL

COME NOW Plaintiffs and Defendants and respectfully aver that all claims and demands asserted and involved against and between all parties have been resolved, and respectfully request the following:

1.      That Plaintiffs' Original Petition and all amendments thereto against Defendants be dismissed with prejudice.

2.      That the legally taxable costs involved in this action be assessed against the parties incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties, by and through their respective attorneys, respectfully move the Court to enter a final decree in accordance with the above referenced compromise and settlement, final release and indemnity.

Respectfully submitted,

**CHAD T. WILSON LAW FIRM PLLC**

By: _____
      **CHAD T. WILSON**
      SBN 24079587
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(832) 415-1432
(281) 940-2137 fax
cwilson@cwilsonlaw.com

David P. Wilson
Provost Umphrey Law Firm, LLP
490 Park Street, Suite 100
Beaumont, Texas 77701
(409) 203-5030
(409) 838-8888 fax
dwilson@pulf.com

**COUNSEL FOR PLAINTIFFS**


**COOPER & SCULLY, P.C.**

By: _____
      **R. BRENT COOPER**
      SBN 04783250
      **ROBERT J. WITMEYER**
      SBN 24091174
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 *fax*
brent.cooper@cooperscully.com
rob.witmeyer@cooperscully.com

**COUNSEL FOR DEFENDANTS**