IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WILL PROPERTIES, INC. AND 195 WWK, INC. | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. WA:15-CV-00352 |
| CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES, CLARENCE ESTES | | |
| Defendants. | | |

## FINAL ORDER OF DISMISSAL

The Plaintiffs and the Defendants by and through their attorneys of record, having informed the Court that the Plaintiffs' suit herein against Defendants has been resolved, and that Plaintiffs having prayed that their action against Defendants be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed.

The Court having expressly determined that there is no just reason for delay in entering judgment as to the Plaintiffs' claims herein against CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES and CLARENCE ESTES and the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiffs against Defendants be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that Plaintiffs WILL PROPERTIES, INC. and 195 WWK, INC.'s claims against CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES and CLARENCE

ESTES be and the same are hereby dismissed, with prejudice, as of such settlement, with legally taxable costs herein to be borne by the parties incurring same.

All relief not expressly granted herein is DENIED.

SIGNED this _____ day of _____, 2016.

_____<br>JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

**CHAD T. WILSON LAW FIRM PLLC**

By: *[signature]*
      **CHAD T. WILSON**
      SBN 24079587
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(832) 415-1432
(281) 940-2137 fax
cwilson@cwilsonlaw.com

David P. Wilson
Provost Umphrey Law Firm, LLP
490 Park Street, Suite 100
Beaumont, Texas 77701
(409) 203-5030
(409) 838-8888 fax
dwilson@pulf.com

**COUNSEL FOR PLAINTIFFS**


**COOPER & SCULLY, P.C.**

By: *[signature]*
      **R. BRENT COOPER**
      SBN 04783250
      **ROBERT J. WITMEYER**
      SBN 24091174
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 *fax*
brent.cooper@cooperscully.com
rob.witmeyer@cooperscully.com

**COUNSEL FOR DEFENDANTS**