IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILL PROPERTIES, INC. AND 195 WWK, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES, CLARENCE ESTES<br><br>Defendants. | CIVIL ACTION NO. WA:15-CV-00352 |

## FINAL ORDER OF DISMISSAL

The Plaintiffs and the Defendants by and through their attorneys of record, having informed the Court that the Plaintiffs' suit herein against Defendants has been resolved, and that Plaintiffs having prayed that their action against Defendants be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed.

The Court having expressly determined that there is no just reason for delay in entering judgment as to the Plaintiffs' claims herein against CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES and CLARENCE ESTES and the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiffs against Defendants be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that Plaintiffs WILL PROPERTIES, INC. and 195 WWK, INC.'s claims against CENTURY SURETY COMPANY, BASS UNDERWRITERS, INC., WHEELER DEFUSCO & ASSOCIATES and CLARENCE

ESTES be and the same are hereby dismissed, with prejudice, as of such settlement, with legally taxable costs herein to be borne by the parties incurring same.

All relief not expressly granted herein is DENIED.

SIGNED this 17th day of March, 2016.

_____
JUDGE PRESIDING

FINAL ORDER OF DISMISSAL                                                                                         PAGE 2
D/942057v1